Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*The Pinkfong Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PINKFONG COMPANY, INC.,

*Plaintiff*

v.

7DAY STORE, A PLEASANT TRIP STORE, AIDA TECH LIMITED, ANKANG QINBA MANCHUANG TOYS INDUSTRY OPERATION MANAGEMENT CO., LTD., BABY FAMILY STORE, BOOM PARTY STORE, CHILDREN'S CLOTHES DESIGN STORE, CHILDREN'S WONDER FACTORY STORE, CHINA BEDDING-SET FACTORY STORE, DONGGUAN EVEREST TECHNOLOGY CO., LTD., DONGGUAN MITO TECHNOLOGY CO., LTD., DONGGUAN YIKANG PLUSH TOYS CO., LTD., DROPSHIP PLUSH TOY STORE, EMMABABY BEAUTIFUL BABY STORE, FULA-BAO OFFICIAL STORE, FUZHOU YIBO ELECTRONIC COMMERCE CO., LTD., GUANGDONG JICHENG CRAFT PRODUCTS CO., LTD., GUANGZHOU KINGKONG INDUSTRIAL CO., LTD., HANG WING PLASTIC INDUSTRY CO., LTD., HAPPY HOUSE PARTY STORE, HI PARTY STORE, HMXRBY 2022 CHILDREN S CLOTHING FACTORY STORE, J-L STORE STORE, JOYMEMO PARTY TOWN STORE, KAYOLI BABY STORE, LI

CIVIL ACTION NO.
22-cv-4133 (PAE)

[~~PROPOSED~~]
UNSEALING ORDER

DU HOMES STORE STORE, LITCHI BACKDROP STORE, LUCKYHOME66 STORE, MILULU88 STORE, -NAUGHTY BABY STORE, PALALA TOY'S STORE, QIUQIU PARTY STORE, SHENZHEN OXOFUN TECHNOLOGY LIMITED, SHENZHEN YISHANGJU TECHNOLOGY CO., LTD., SHOP 119457639 STORE, SHOP 169276549 STORE, SHOP1100269143 STORE, SHOP912624424 STORE, SWEETHOME376688 STORE, WANGQIANYU STORE, XIAMEN BETTER SUPPLY CHAIN CO., LTD., XIAOBODING STORE, YIWU ALL SHINE IMPORT & EXPORT CO., LTD., YIWU ALLO TRADING CO., LTD., YIWU AULLAN IMPORT & EXPORT CO., LTD., YIWU BAOCHANG TRADING CO., LTD., YIWU JUQI TRADING CO., LTD., YIWU TUYUE ELECTRONIC COMMERCE CO., LTD., YOUNG PLAY STORE, YY WAROOM STORE, ZHAOQING JUNJIE TECHNOLOGY CO., LTD., ZHEJIANG LEADERSHOW HOMETEXTILE CO., LTD and ZHISUXI OFFICIAL STORE,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __17th__ day of ____June____, 2022, at ____11____ _a.m.
New York, New York

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

2