```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
THE PINKFONG COMPANY INC.,                                        :
                                                                  :      22 Civ. 4133 (PAE) (JLC)
                                  Plaintiff,                      :
                                                                  :              ORDER
                  -v-                                             :
                                                                  :
7 DAY STORE, et al.,                                              :
                                                                  :
                                  Defendants.                     :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's motion to hold third-party service providers Alibaba and AliExpress (the "third-party service providers") in contempt for facilitating defendants' violations of the Court's preliminary injunction order. *See* Dkt. 48. It is hereby ordered that plaintiff and third-party service providers appear for a telephonic conference on **February 22, 2023 at 3 p.m.** The parties should call into the Court's conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Plaintiff and third-party service providers should be prepared to discuss plaintiff's motion, Dkt. 48, and the third-party service providers' alleged failure to comply with the Court's preliminary injunction order, Dkt. 8. Plaintiff shall immediately serve a copy of this order on the third-party service providers, in accordance with the alternative method of service authorized in the preliminary injunction order, and on third-party service providers' outside counsel, as identified in the Futterman Declaration and its attached exhibits, Dkt. 49, and shall file proof of such service on the docket of this case no later than **February 15, 2023.** Counsel for each of the third-party service providers is directed forthwith to file a notice of appearance on the docket of this case, and to submit a response to plaintiff's memorandum, Dkt. 50, by **February 21, 2023 at noon.**

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: February 13, 2023
       New York, New York