UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE PINKFONG COMPANY INC.,

                              Plaintiff,

-v-

7DAY STORES, et al.,

                              Defendants.

------------------------------------------------------------------X

22 Civ. 4133 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today held a conference to address plaintiff's motion to compel third-party service providers Alibaba and AliExpress (collectively, "Alibaba") to comply with the Court's temporary restraining order and preliminary injunction in this case, *see* Dkts. 48, and Alibaba's opposition to that motion, Dkt. 60. For the reasons reflected in the transcript of the conference, the Court orders plaintiff and Alibaba to file a joint status update by March 8, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 23, 2023
       New York, New York