```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __07/07/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE PINKFONG COMPANY INC.,

                      Plaintiff,

            -v-

7 DAY STORE, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

22-CV-4133 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated July 6, 2023 (Dkt. No. 77), Judge Engelmayer referred this case to me for settlement. Plaintiffs and Third Party Service Providers Alibaba and AliExpress ("the parties") are directed to advise the Court within 30 days when they wish to schedule the settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties and whether they prefer the conference to take place remotely or in person. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.

      **SO ORDERED.**

Dated: July 7, 2023
       New York, New York

                                                          JAMES L. COTT
                                                          United States Magistrate Judge