**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

THE PINKFONG COMP ANY INC.,

                Plaintiff,                22 **CIVIL** 4133 (PAE)(JLC)

     -against-                       **<u>JUDGMENT</u>**

7 DAY STORE ET AL.,

                Defendants.

-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 02, 2023, the Court adopts the Report in full. Defendants are permanently enjoined, and Pinkfong is awarded $4,120,000 ($100,000 each from Baby Family Store and Luckyhome66 Store and $40,000 each from the other 98 defendants), plus post judgment interest; accordingly, the case is closed.

**Dated:** New York, New York

     November 03, 2023

                                              **RUBY J. KRAJICK**

                                                   Clerk of Court

                    **BY:**

                                                   **Deputy Clerk**